No. 89–1954. SANTIAGO v. UNITED STATES; and
No. 89–7702. LIFFITON v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 894 F. 2d 533.

No. 89–1955. ALASKA AIRLINES, INC. v. INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, AFL–CIO, ET AL. C. A. 9th Cir. Certiorari denied.

No. 89–1956. WEIL v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 89–1957. ISBELL ET AL. v. SMITH ET AL. Sup. Ct. Ala. Certiorari denied.

No. 89–1959. SHYRES ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 89–1961. JOHN ET AL. v. BARRON, INDIVIDUALLY AND AS JUDGE OF THE CIRCUIT COURT OF MILWAUKEE COUNTY, WISCONSIN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 89–1962. HANNON v. DERWINSKI, ADMINISTRATOR OF THE VETERANS ADMINISTRATION, ET AL. C. A. 7th Cir. Certiorari denied.

No. 89–1963. ROBERTS v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 89–1964. MELIKIAN ET AL. v. CORRADETTI ET AL. C. A. 3d Cir. Certiorari denied.

No. 89–1966. BANKS v. GARRETT, SECRETARY OF THE NAVY. C. A. Fed. Cir. Certiorari denied.

No. 89–1967. BURNETTE v. UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 89–1968. COATS v. PIERRE ET AL. C. A. 5th Cir. Certiorari denied.

No. 89–1969. McMAHON v. KENT, JUDGE, CIRCUIT COURT FOR THE CITY OF ALEXANDRIA, ET AL. C. A. 4th Cir. Certiorari denied.